1  Douglas C. Smith, Esq. (State Bar No.160013)
   dsmith@smitlaw.com
2  Fiona Chen, Esq. (State Bar No. 326324)
   fchen@smitlaw.com
3  SMITH LAW OFFICES, LLP
   4001 Eleventh Street
4  Riverside, California 92501
   Telephone: (951) 509-1355
5  Facsimile: (951) 509-1356

6  Attorneys for Defendant
   COUNTY OF SAN LUIS OBISPO (and erroneously
7  sued herein as SAN LUIS OBISPO SHERIFF DEPT and
   SAN LUIS OBISPO COUNTY)

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN CAPE<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SAN LUIS OBISPO SHERIFF DEPT<br>SAN LUIS OBISPO COUNTY<br><br>　　　　Defendants. | CASE NO.: 2:21-cv-06622-SPG (Ex)<br><br>**ORDER RE: STIPULATED PROTECTIVE ORDER**<br><br>*Complaint filed 8/15/21* |

The Court, having read the parties' Stipulated Protective Order, as to the production of confidential, proprietary, or private information during the discovery process while litigating this matter, and having found good cause therefor:

HEREBY ORDERS that:

The Stipulated Protective Order is **GRANTED**.

DATED: ___September 6___, 2022      /s/ Charles F. Eick
_____
Charles F. Eick
United States Magistrate Judge