| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | JS-6 |

## CIVIL MINUTES - GENERAL

| Case No. | CV 21-6622-E | Date | January 18, 2023 |
|---|---|---|---|
| Title | JUSTIN CAPE v. SAN LUIS OBISPO SHERIFFS DEPT., ET AL. | | |

| Present: The Honorable | Charles F. Eick, United States Magistrate Judge | |
|---|---|---|
| Valencia Munroe | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     (IN CHAMBERS)

   The Court is in receipt of the "Joint Notice of Settlement and Request for Dismissal," filed January 18, 2023. As requested by the parties, this action is dismissed.

cc: Plaintiff
    Counsel for Defendants

Initials of Deputy Clerk   VMUN